**Vernon MADISON, Petitioner– Appellant,**

v.

**COMMISSIONER, ALABAMA DE- PARTMENT OF CORRECTIONS, Respondent–Appellee.**

No. 16-12279

United States Court of Appeals, Eleventh Circuit.

(January 24, 2018)

Angela Leigh Setzer, Randall S. Susskind, Jennae Rose Swiergula, Equal Justice Initiative of Alabama, Montgomery, AL, for Petitioner–Appellant.

Andrew Lynn Brasher, Thomas R. Govan, Jr., James Roy Houts, Alabama Attorney General's Office, Montgomery, AL, for Respondent–Appellee.

Before WILSON, MARTIN, and JORDAN, Circuit Judges.

MARTIN, Circuit Judge:

The United States Supreme Court reversed our March 15, 2017 opinion in this matter on November 6, 2017 and denied a Petition for Rehearing on January 8, 2018. Our opinion is therefore VACATED, and this action is remanded to the District Court for reinstatement of the judgment denying habeas relief.